BC

RECEIVED
10/22/2024
QR
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

William Clark Focht, Jr., Pro Se
461 Trabert Avenue NW
Atlanta, GA 30309
704-281-1982 |
williamfochtjr@gmail.com

1:24-cv-10893
Judge Sharon Johnson Coleman
Magistrate Judge Heather K. McShain
RANDOM/ CAT. 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, NORTHERN DIVISION**

WILLIAM CLARK FOCHT JR. Pro Se, as a shareholder, and as a concerned citizen,

Plaintiff,

vs.

McDONALDS CORPORATION,

Defendant

Case No.: TBD

COMPLAINT FOR:

1) OBSCENE GROSS NEGLIGENCE
2) EXTREME NEGLECT TO AN OBSCENE DEGREE
3) RECKLESS ENDANGERMENT AND A COMPLETE DISREGARD FOR THE LIVES OF OTHERS, POSSIBLY MURDER IN THE FIRST AND SECOND DEGREE
4) BLANTLY OBVIOUS AND OFFENSIVE PUBLIC NUISANCE
5) ABANDONMENT
6) TOTAL SPOILATION
7)

## COMPLAINT

Plaintiff William Clark Focht Jr., Pro Se, as a shareholder, and as a concerned citizen, complains against Defendant McDonalds Corporation as follows:

## INTRODUCTION

Plaintiff William Clark Focht Jr. is a citizen of the State of Georgia in the city of Atlanta and is making this complaint against the Defendant McDonalds Corporation.

On March 25, 2024, a fire occurred at the McDonald located at 1055 Northside Drive Atlanta, GA. Since then the property has gone into complete and utter disrepair.

**PRAYER FOR RELIEF**

For the complete dereliction of duty, a failure of duty of care owed to its shareholders,, I am seeking 115 billion dollars, a controlling interest in the company.

22nd day of October, 2024.

**William Clark Focht Jr.**